**U.S. BANK, NATIONAL ASSOCIATION, as Trustee FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006–CH2, Asset Backed Pass–Through Certificates, Series 2006–CH2**

v.

**David SCHRAVEN, Kelly Schraven, the United States of America c/o the United States Attorney for the Western District of Pennsylvania**

**Petition of: David Schraven**
**and Kelly Schraven**

**No. 6 WAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.